# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CECILIA A. SARAVIA, an individual,

       Plaintiff,

vs.

VOLKSWAGEN GROUP OF AMERICA, INC., a Delaware Limited Liability Company,

       Defendants,

Case No.: 2:25-cv-03258-JLS-Ex

*Assigned to the Hon. Josephine L. Staton*
*Referred to Magistrate Judge Charles F. Eick*

**ORDER OF DISMISSAL**

Action Removal Date: April 14, 2025

    Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, and the Court to retain jurisdiction to determine Plaintiff's attorney's fees and costs.

    **IT IS SO ORDERED.**

DATE: __July 6, 2026__

By:__Josephine L. Staton__

    Hon. Josephine L. Staton
    United States District Judge

1
ORDER OF DISMISSAL

ORDER OF DISMISSAL